# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 12-1320**  September Term, 2012

SEC-77FR21125

Filed On: June 3, 2013 [1438955]

NetCoalition and Securities Industry and
Financial Markets Association,

    Petitioners

    v.

Securities and Exchange Commission,

    Respondent

**O R D E R**

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Mark A. Butler
    Deputy Clerk